FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JD BENNETT,<br><br>          Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | No. 4:22-CV-05086-MKD<br><br>ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS WEBBANK, AND BLST HOLDING COMPANY, LLC d/b/a FINGERHUT<br><br>**ECF No. 27** |

      Before the Court is the parties' Stipulation of Dismissal without Prejudice as to Defendants WebBank, and BLST Holding Company, LLC d/b/a Fingerhut. ECF No. 27.  Plaintiff J.D. Bennett and Defendants WebBank and BLST Holding Company, LLC d/b/a Fingerhut stipulate to dismissal of all claims and defenses regarding Defendants WebBank and BLST, without prejudice.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.  Defendants are dismissed without prejudice.

ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS WEBBANK, AND BLST HOLDING COMPANY, LLC d/b/a FINGERHUT - 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against and all defenses raised by Defendants WebBank and BLST Holding Company, LLC d/b/a Fingerhut are **DISMISSED without prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **TERMINATE** WebBank and BLST Holding Company, LLC d/b/a Fingerhut as defendants in this action. The case caption set forth in this Order shall be applied to all future pleadings.

DATED September 27, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS WEBBANK, AND BLST HOLDING COMPANY, LLC d/b/a FINGERHUT - 2