FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JD BENNETT,<br><br>                Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>                Defendant. | No. 4:22-CV-05086-MKD<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY<br><br>**ECF No. 65** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. Only. ECF No. 65. Plaintiff JD Bennett and Defendant Experian Information Solutions, Inc. ("Experian") stipulate to the dismissal of all claims and defenses related to Experian with prejudice. ECF No. 65 at 1.

Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant stipulation is signed by all parties that have appeared, including Defendant Trans Union, LLC, who remains

ORDER - 1

as a defendant in this action. The stipulation seeks dismissal with prejudice and is silent as to costs and fees.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims against and all defenses related to Experian are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **TERMINATE** Experian Information Solutions, Inc., as a defendant in this action. The case caption set forth in this Order shall be applied to all future pleadings.

DATED January 22, 2024.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2