FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JD BENNETT, | No. 4:22-CV-05086-MKD |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | **ECF No. 70** |
| TRANS UNION, LLC, | |
| Defendant. | |

Before the Court is the parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC. ECF No. 70. Plaintiff JD Bennett and Defendant Trans Union, LLC, seek dismissal of Plaintiff's cause of action against Trans Union. ECF No. 70 at 1. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant stipulation is signed by all remaining parties and seeks dismissal with prejudice, without an award of fees or costs.

ORDER - 1

Plaintiff's Complaint names as defendants Trans Union, LLC, Experian Information Solutions, Inc., WebBank, and BLST Holding Company, LLC. ECF No. 1. On September 27, 2022, the Court granted the parties' stipulation of dismissal as to WebBank and BLST Holding Company. ECF No. 28. On January 22, 2024, the Court granted the parties' stipulation of dismissal as to Defendant Experian Information Solutions. ECF No. 66. There remain no defendants in this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims against and all defenses are **DISMISSED with prejudice**, without an award of fees or costs.

2. All pending hearings and deadlines, if any, are **STRICKEN**.

3. All pending motions, if any, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED February 23, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2